UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   03 CV 5052 (NG) (LB)
HORACE DOVE,

                             **Plaintiff,**

         - against -                                    **OPINION AND ORDER**

CITY OF NEW YORK; VENESSA WILLIAMS;
STAFF ON WARD 53 AT KINGS COUNTY
HOSPITAL, "G" BUILDING; PATIENTS ON WARD
53 AT KINGS COUNTY HOSPITAL, "G" BUILDING;
JEWISH BOARD OF FAMILY & CHILDREN'S
SERVICES, INC.; JEFFREY CLARKE; ARLENE
BISHOP; ESTHER; THE STAFF AT MAPLE STREET;
LIONEL YOUNG; and ABBOTT LABORATORY OF
ILLINOIS,

                             **Defendants.**
-------------------------------------------------------------------------X

**GERSHON, United States District Judge:**

By order dated September 28, 2005, the court granted summary judgment to defendants Jewish Board of Family and Children's Services, Inc., Jeffrey Clarke, Arlene Bishop, Esther, the Staff at Maple Street, and Lionel Young, and denied plaintiff's request to conduct additional discovery with respect to those defendants. Subsequently, the court received a letter from plaintiff, dated November 3, 2005, which sets forth various reasons why he "disagreed" with the court's decision. The court will construe this letter as a motion for reconsideration of its September 28, 2005 order. Since the letter does not identify any relevant facts or provisions of law that were overlooked by the court, the motion for reconsideration is denied.

1

Should plaintiff seek to appeal the court's decision, he is directed to contact the court's Pro See Office for guidance concerning the procedures and forms that he must utilize.

**SO ORDERED.**

_____/S/_____
**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
November 14, 2005